McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE  UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>           Plaintiff,            )<br>                                 )<br>      v.                         )<br>                                 )<br> CHRISTOPHER TRAVIS,             )<br>                                 )<br>           Defendant.            )<br>_____  ) | No.  1:07-CR-0101-AWI<br><br>STIPULATION TO CONTINUE<br>SENTENCING and ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone,  Assistant United States Attorney for Plaintiff, and Daniel L. Harralson, Attorney for Defendant, CHRISTOPHER TRAVIS,  that the sentencing hearing  ////  presently set for December 15, 2008, at 9:00 a.m. may be continued to January 20, 2009, at 9:00 a.m.

                                       Respectfully submitted,

                                       McGREGOR W. SCOTT
                                       United States Attorney

DATED: December 11, 2008               By /s/ Stanley A. Boone
                                          STANLEY A. BOONE

1

|   |   |
|---|---|
|   | Assistant U.S. Attorney |
|   | Attorney for Plaintiff |

DATED: December 11, 2008            By   /s/ Daniel L. Harralson
                                    DANIEL L. HARRALSON
                                    Attorney for Defendant
                                    CHRISTOPHER TRAVIS

**ORDER**

IT IS HEREBY ORDERED, that the sentencing hearing currently scheduled for December 15, 2008, is continued to January 20, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:    December 11, 2008**            /s/ Anthony W. Ishii
                                           CHIEF UNITED STATES DISTRICT JUDGE

2