LAWRENCE G. BROWN
Acting United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br>CHRISTOPHER TRAVIS,           )<br>                              )<br>          Defendant.          )<br>_____) | No. 1:07-CR-0101-AWI<br><br>STIPULATION TO CONTINUE<br>SENTENCING and ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective

counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Daniel L.

////

////

////

////

////

////

////

////

1

Harralson, Attorney for Defendant, CHRISTOPHER TRAVIS,  that the sentencing hearing presently set for January 20, 2009, at 9:00 a.m. may be continued to February 9, 2009, at 9:00 a.m.

                                        Respectfully submitted,

                                        LAWRENCE G. BROWN
                                        United States Attorney

DATED: January 15, 2009          By /s/ Stanley A. Boone
                                        STANLEY A. BOONE
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

DATED: January 15, 2009          By  /s/ Daniel L. Harralson
                                        DANIEL L. HARRALSON
                                        Attorney for Defendant
                                        CHRISTOPHER TRAVIS

                                              **ORDER**

IT IS SO ORDERED.

**Dated:   January 16, 2009**                 **/s/ Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE